# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 388 - 2 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Carlos Beltran | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Carlos Beltran appears in response to arrest on 7/11/08. Joseph Lopez is appointed as counsel for Mr. Beltran. Defendant informed of the charges against him and the maximum penalty, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention Bond hearing is set for Tuesday, July 15, 2008 at 12:00 p.m. before Magistrate Judge Ashman at which time a schedule shall be set. Defendant shall be detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|