AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

v.

Carlos Beltran

WARRANT FOR ARREST

Case Number: 08 cr 388-2

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Carlos Beltran** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   Information   Complaint   Order of court   Violation Notice   Probation   Violation Petition

charging him or her with: **Conspiracy to distribute controlled substance**

**Knowingly and intentionally possess with intent to distribute Controlled substance, a schedule I Narcotic drug controlled Substance**

Penalties for Firearms

in violation of Title 21; 21; 18; United States Code, Section(s) 846; 841; 924

Yvette Pearson Issuing Officer

U.S. Deputy Clerk

_[signature]_
Signature of Issuing Officer

July 11, 2008; Chicago

Bail fixed at $

_____, Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

7/11/08    ARRESTED BY DEA

Date Received    Name and Title of Arresting Officer    Signature of Arrest Officer
7/11/08
Date of Arrest