# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 388 - 2 | **DATE** | 7/18/2008 |
| **CASE TITLE** | USA vs. Carols Beltran | | |

**DOCKET ENTRY TEXT**

Bond hearing and arraignment held on 7/18/2008. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 8/1/2008. Pretrial motions to be filed by or on 8/18/2008. Response to be filed by or on 9/2/2008. Reply to be filed by or on 9/9/2008. Ruling by mail by 10/9/2008. Status hearing set for 8/13/2008 at 9:30 a.m., before Judge Gottschall. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:02

| | Courtroom Deputy Initials: | IS |
|---|---|---|