UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 08 CR 388-2 |
| ) | |
| CARLOS BELTRAN ) | |
| ) | Magistrate Judge Martin C. Ashman |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on July 18, 2008, and for and in consideration of bond being set by the Court for defendant CARLOS BELTRAN, in the amount of $198,000.00, being partially secured by real property, FLORENCIO C. PAZ and MARIA J. PAZ hereby warrant and agree:

1. FLORENCIO C. PAZ and MARIA J. PAZ warrant that they are the sole record owners and titleholders of the real property located at _____, Illinois, described legally as follows:

> LOT 17 IN BLOCK 4 IN S.E. GROSS' SUBDIVISION OF THE SOUTH WEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 5, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.
>
> P.I.N. _____ 0000.

FLORENCIO C. PAZ and MARIA J. PAZ warrant that there are no outstanding mortgages against the subject property and that there is at least $~~190,000~~ 198,000 equitable interest in the real property.

2. FLORENCIO C. PAZ and MARIA J. PAZ agree that their equitable interest in the above-described real property may be forfeit to the United States of America should the defendant CARLOS BELTRAN fail to appear as required by the Court ~~or otherwise violate any condition of~~

~~the Court's order of release~~. FLORENCIO C. PAZ and MARIA J. PAZ further understand and agree that, if defendant CARLOS BELTRAN should violate any condition of the Court's release order, and there is less than $~~190,000~~ 198,000 equity in the property, they will be liable to pay any negative difference between the bond amount of $ 198,000.00 and their equitable interest in the property, and FLORENCIO C. PAZ and MARIA J. PAZ hereby agree to the entry of a default judgment against them for the amount of any such difference. FLORENCIO C. PAZ and MARIA J. PAZ have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. FLORENCIO C. PAZ and MARIA J. PAZ further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. FLORENCIO C. PAZ and MARIA J. PAZ understand that should defendant CARLOS BELTRAN fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. FLORENCIO C. PAZ and MARIA J. PAZ further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. FLORENCIO C. PAZ and MARIA J. PAZ further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading

statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant CARLOS BELTRAN, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. FLORENCIO C. PAZ and MARIA J. PAZ agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. FLORENCIO C. PAZ and MARIA J. PAZ hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 7-15-08

_____
FLORENCIO C. PAZ
SURETY/GRANTOR

Date: 7-15-08

_____
MARIA J. PAZ
SURETY/GRANTOR

Date: 7·15·08

_____
Witness

Return to:

Katie Miller, AFU
U.S. Attorney's Office
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604