# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                 Case No.: 1:08−cr−00388
                                                Honorable Joan B. Gottschall

Jesus Ivan Vazquez−Ramirez, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: as to Jesus Ivan Vazquez−Ramirez, Carlos Beltran, Status hearing held on 8/13/2008, ( Jury Trial set for 1/5/2009 at 09:00 AM., Status hearing set for 9/3/2008 at 09:30 AM.), Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.