UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 388 |
| v.   ) | |
| ) | Judge   Joan B. Gottschall |
| JESUS IVAN VAZQUEZ-RAMIREZ   ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   s/Diane MacArthur
DIANE MacARTHUR
Assistant United States Attorney
219 South Dearborn Street, 5TH Floor
Chicago, Illinois 60604
(312) 353-5352

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

ATTORNEY DESIGNATION

was served on **Wednesday, September 3, 2008,** in accordance with FED. R. CRIM. P. 49, FED. R. CIV.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By: s/Diane MacArthur
**DIANE MacARTHUR**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5352